# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1796

_____

Anastasia Wullschleger, On behalf of themselves and all others similarly situated; Geraldine Brewer

Plaintiffs - Appellants

v.

Royal Canin U.S.A., Inc.; Nestle Purina Petcare Company

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00235-GAF)
_____

**JUDGMENT**

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 31, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans