# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1796

Anastasia Wullschleger, On behalf of themselves and all others similarly situated and Geraldine Brewer

Appellants

v.

Royal Canin U.S.A., Inc. and Nestle Purina Petcare Company

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00235-GAF)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judges Colloton and Shepherd would grant the petition for rehearing en banc. Judges Gruender and Grasz did not participate in the consideration or decision of this matter.

September 20, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans