# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

ANASTASIA WULLSCHLEGER )
and GERALDINE BREWER, on )
behalf of themselves and all others )
similarly situated, )
)
    *Plaintiffs-Appellants*, )
) Case No. 22-1796
v. )
)
ROYAL CANIN U.S.A., INC. and )
NESTLE PURINA PETCARE )
COMPANY, )
)
    *Defendants-Appellees.* )

## DEFENDANTS-APPELLEES' MOTION
## <u>FOR LEAVE TO DIVIDE ORAL ARGUMENT</u>

Defendants-Appellees Royal Canin U.S.A., Inc. and Nestlé Purina PetCare Company respectfully seek leave of court to divide argument so that one counsel for each Defendant-Appellee may present oral argument. In support of this motion, Defendants-Appellees state as follows:

1.    Defendants-Appellees are separate corporate entities represented by separate counsel. In the interests of judicial economy, Defendants-Appellees filed a single joint appellees' brief.

2.    The Court has scheduled this case for oral argument on Wednesday, January 11, 2023, with each side allotted 15 minutes of argument.

3. Defendants-Appellees respectfully request leave to divide the 15 minutes allotted to them, with counsel for Nestlé Purina PetCare Company presenting 12 minutes of argument and counsel for Royal Canin U.S.A., Inc. presenting 3 minutes of argument.

4. Permitting divided argument would not lead to unnecessary repetition. Plaintiffs-Appellants have raised two issues in this appeal. If Defendants-Appellees' request is granted, counsel for Nestlé Purina PetCare Company would present argument on the first issue and counsel for Royal Canin U.S.A., Inc. would present argument on the second issue. Additionally, dividing argument would permit counsel for each Defendant-Appellee to address any Defendant-Appellee specific issues that may arise in the course of the argument.

For the foregoing reasons, Defendants-Appellees request that the Court permit Defendants-Appellees to divide argument.

Dated: December 23, 2022

Respectfully submitted,

*/s/ Stephen D. Raber*
Stephen D. Raber
Joseph S. Bushur
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: sraber@wc.com
Email: jbushur@wc.com

Appellate Case: 22-1796     Page: 2     Date Filed: 12/23/2022 Entry ID: 5230140

Jason M. Hans
GM LAW PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
Email: jasonh@gmlawpc.com

*Attorneys for Defendant-Appellee*
*Royal Canin U.S.A., Inc.*


/s/ Christopher M. Curran
Christopher M. Curran
J. Frank Hogue
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600
ccurran@whitecase.com
fhogue@whitecase.com

Bryan A. Merryman
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
(213) 620-7700
bmerryman@whitecase.com

Michael S. Hargens
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 283-4636
michael.hargens@huschblackwell.com

*Counsel for Defendant-Appellee*
*Nestlé Purina PetCare Company*

3

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this document contains 217 words.

This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) (incorporating the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6)) because this document has been prepared in a proportionally spaced typeface using Word in fourteen-point Times New Roman style font.

*/s/ Joseph S. Bushur*
Joseph S. Bushur

*Attorney for Defendant-Appellee*
*Royal Canin U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph S. Bushur*
Joseph S. Bushur

*Attorney for Defendant-Appellee*
*Royal Canin U.S.A., Inc.*